## MAY TERM, 1767.

### Dulany, *qui tam, vs.* Norwood.

This was an action of debt *qui tam* for purchasing of *Robert Wakefield,* and *Ann* his wife, a pretended title to a tract of land called *Comb's Adventure.* Plea *non debit,* and issue joined. Jury sworn. Motion, after the jury were sworn, to amend the declaration by striking out the name *Robert* and inserting *Robinson,*

*(a)* October term, 1730. See ante page 484.

*Goldsborough*, (Attorney General,) *Rumsey*, *Paca* and *Chase*, for the defendant. cited. 3 *Lev.* 347. *Fitz.* 198. 1 *Stra.* 136. 2 *Stra.* 807, 871. 1 *Barnes's Notes*, 15 *And.* 13.

*Johnson*, contra, cited 2 *Mod.* 144. 2 *Burr.* 1098, 1099.

MOTION overruled by the court. *Verdict* and *judgment* for the Defendant.